UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

CIVIL MINUTES-GENERAL

CASE NO. CV02-00322-NM(JWJx)        Date   1/14/02

TITLE:  Mattel Inc. -v- Greiner & Hausser, Etc., et al

PRESENT:

HON. NORA M. MANELLA JUDGE

| Judith Hurley | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEY FOR PLAINTIFF           ATTORNEY FOR DEFENDANT

N/A                              N/A

PROCEEDINGS: IN CHAMBERS

Counsel are notified that the above-entitled action has been recently assigned to this Court. The correct number for this case is now CV02-00322-NM(JWJx). All subsequent documents filed with the court must reflect this case number. Judge Manella is located in Courtroom 11, Spring Street Level, 312 N. Spring St., Los Angeles, Ca. A copy of this Court's Standing Order is enclosed.



ENTER ON ICMS
JAN 15 2002

cc: Counsel of Record

MINUTES FORM 11                    Initials of Deputy Clerk
CIVIL-GEN