Send

FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FEB 5   11 52 AM '02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
BY _____

| | |
|---|---|
| MATTEL INC.<br><br>　　　　PLAINTIFF(S),<br>　v.<br><br>GREINER & HAUSSER<br>　　　　DEFENDANT(S). | CASE NUMBER<br><br>CV- 02-322 NM (JWJx)<br><br>NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS |

TO:   COUNSEL OF RECORD:

Pursuant to Local Rule 3-1 of this court, in all cases where jurisdiction is invoked in whole or in part under 28 U.S.C. Section 1338 (regarding patents, plant variety protection, copyrights and trademarks), counsel shall, at the time of filing of the complaint, provide the Clerk with an original and two (2) copies of the required notice (AO 120) to the Patent and Trademark Office in patent, plant variety protection and trademark matters and / or an original and four (4) copies of the required notice (AO 121) in copyright matters. The required forms of notice to the Patent and Trademark and Copyright Offices are enclosed for your convenience.

Please complete the enclosed form(s) and return to: Clerk, U. S. District Court, ATTN: New Actions, at the following address within ten (10) days:

| X  312 N. Spring Street,<br>　　Main Floor, Room G-8<br>　　Los Angeles, CA  90012<br>　　Phone: (213)894-2215 | ☐ 411 West Fourth St.<br>　Suite 1053<br>　Santa Ana, CA 92701-4516<br>　Phone: (714)338-4750 | ☐ 3470 Twelfth Street<br>　Room 134<br>　Riverside, CA 92501<br>　Phone: (909)328-4450 |
|---|---|---|

If you should have any questions regarding this matter, you may contact the Intake Supervisor at the above-noted phone number.

ENTER ON ICMS

FEB - 6 2002

CLERK, U. S. DISTRICT COURT

DATED: FEBRUARY 5, 2002

By: S. ENGLISH
　　Deputy Clerk



CV-31 (10/01)   NOTICE TO COUNSEL RE: COPYRIGHT, PATENT, AND TRADEMARK REPORTING REQUIREMENTS

5

AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.   DATE FILED | |

| PLAINTIFF | DEFENDANT |
|---|---|
| | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| | | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

U S GPO 1998/661-537