UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

CASE NO. CV 02-322 NM (JWJx)          DATE March 5, 2002

TITLE: Mattel, Inc. -v- Greiner & Hausser GmbH, et al

PRESENT:

HON. NORA M. MANELLA JUDGE

| JUDITH HURLEY | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| N/A | N/A |

PROCEEDINGS: IN CHAMBERS

The Court sets the following briefing schedule for Plaintiff Mattel, Inc.'s Motion for Preliminary Injunction: opposition to be filed no later than March 22, 2002; reply if any to be filed no later than April 5, 2002. The motion is reset for hearing on April 29, 2002, at 10 am.

cc: Counsel

MINUTES FORM 11

CIVIL-GEN

Initials of Deputy Clerk jh