____ Priority
__✓_ Send
____ Clsd
____ Enter
____ JS-5/JS-6
____ JS-2/JS-8

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

CASE NO. CV 02-00322-NM(JWJx)     DATE: 4/17/02

TITLE: Mattel, Inc. -v- Greiner & Hausser, et al

PRESENT:     HON. NORA M. MANELLA, JUDGE

Judith Hurley          N/A
Deputy Clerk           Court Reporter

ATTORNEY FOR PLAINTIFF          ATTORNEY FOR DEFENDANT
        N/A                              N/A

PROCEEDINGS: IN CHAMBERS

The Court has received a fax from Jobst v. Wahlert, an attorney is Germany, regarding the above entitled action. Counsel is notified that any documents submitted in this matter are to be directed to the Filing Window, located in G 19, 312 N. Spring St., Los Angeles, Ca 90012. No letters or unsolicited faxes will be considered in the future.

The motion for preliminary injunction is taken off the 4/29/02 calendar, pending the receipt of objections.

ENTER ON ICMS
APR 18 2002

cc: Counsel
CIVIL MINUTES 11

Initials of Deputy Clerk ____