# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

_____ Priority
_____ Send
_____ Clsd
_____ Enter
_____ JS-5/JS-6
_____ JS-2/JS-3

CASE NO. CV02-00322-NM(JWJx)          DATE 5/1/02

TITLE: Mattel, Inc. -v- Greiner & Hausser, Etc., et al

PRESENT:

### HON. NORA M. MANELLA JUDGE

| JUDITH HURLEY | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
|---|---|
| N/A | N/A |

PROCEEDINGS: IN CHAMBERS

The Court sets the following briefing schedule for defendants' motion to dismiss: opposition to be filed no later than 5/22/02; reply if any to be filed no later than 6/5/02. The motion remains set for hearing on 7/15/02, at 10 am.



ENTERED ON JCMS

MAY - 2 2002

CV

cc: Counsel

MINUTES FORM 11

Initials of Deputy Clerk JH

CIVIL-GEN