UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

✓ Priority
✓ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

CASE NO.  CV 02-00322-NM(JWJx)               DATE: 5/3/02

TITLE: Mattel, Inc. -v- Greiner & Hausser

PRESENT:               HON. NORA M. MANELLA, JUDGE

Judith Hurley              N/A
Deputy Clerk               Court Reporter

ATTORNEY FOR PLAINTIFF         ATTORNEY FOR DEFENDANT
         N/A                            N/A

PROCEEDINGS: IN CHAMBERS

The Court received Defendants' opposition to Plaintiff's motion for preliminary injunction, filed May 1, 2002. Plaintiff is ordered to file a reply no later Friday, May 10, 2002 by 4 p.m. Conformed courtesy copies shall be delivered to the box outside Judge Manella's chambers on the Spring Street level of the U.S. Courthouse. Upon receiving the reply, the Court will determine whether oral argument is necessary.

ENTERED ON ICMS
MAY 3 2002

cc: Counsel                                   Initials of Deputy Clerk
CIVIL MINUTES 11