Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

CASE NO.: CV02-00322-NM(JWJx)                DATE: 6/6/02

TITLE: MATTEL, INC. -V- GREINER & HAUSSER, ET AL.

PRESENT:

<u>HON. NORA M. MANELLA JUDGE</u>

<u>SANDY EAGLE</u>                 N/A
Deputy Clerk                      Court Reporter

ATTORNEY FOR PLAINTIFF            ATTORNEY FOR DEFENDANT
        N/A                               N/A

PROCEEDINGS:  In Chambers

   The Court sets the following briefing schedule for defendant's motion for reconsideration: opposition to be filed no later than June 24, 2002; reply, if any, to be filed no later than July 8, 2002. The motion remains set for hearing on August 5, 2002 at 10:00 a.m.

MINUTES FORM 11

CIVIL-GEN

Initials of Deputy Clerk ____