ORIGINAL



SEND

**DENIED**
BY ORDER OF
NORA M. MANELLA
UNITED STATES DISTRICT JUDGE
ON 6/25/02



Denied

FILED
CLERK, U S DISTRICT COURT
JUN 25 2002
6-25-02
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MATTEL, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREINER & HAUSSER GmbH, a German business entity; R. HAUSSER, an individual; M.-L. HAUSSER, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 02-00322 NM (JWJx)<br><br>[~~PROPOSED~~] ORDER GRANTING MATTEL'S EX PARTE APPLICATION FOR AN ORDER RE-SETTING THE HEARING ON MATTEL'S RECONSIDERATION MOTION FOR JULY 15, 2002 |



ENTERED ON ICMS
JUN 27 2002



44

8728/439285.1

[PROPOSED] ORDER GRANTING MATTEL'S EX PARTE APP. TO RE-SET HEARING

1  The ex parte application of plaintiff Mattel, Inc. ("Mattel") for an
2  order re-setting the hearing date on Mattel's Motion for Reconsideration from
3  August 5, 2002 to July 15, 2002 came before this Court. After full consideration
4  of Mattel's application and supporting papers, and good cause appearing therefor,
5  IT IS HEREBY ORDERED that the hearing date on Mattel's Motion
6  for Reconsideration is hereby re-set to July 15, 2002.

DATED: _____

_____
The Hon. Nora Manella
United States District Court Judge

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER
& HEDGES, LLP


By _Adrian M. Pruetz /cx_____
Adrian M. Pruetz
Attorneys for Plaintiff
Mattel, Inc.

# PROOF OF SERVICE
1013A(3) CCP Revised 5/1/88

STATE OF CALIFORNIA )
COUNTY OF LOS ANGELES )

I am employed in the county of Los Angeles State of California. I am over the age of 18 and not a party to the within action; my business address is: 865 South Figueroa Street, 10th Floor, Los Angeles, California 90017.

On June 18, 2002, I served the **[PROPOSED] ORDER GRANTING MATTEL'S EX PARTE APPLICATION FOR AN ORDER RE-SETTING THE HEARING ON MATTEL'S RECONSIDERATION MOTION FOR JULY 15, 2002** on all interested parties in this action.

[x] By placing [ ] the original [x] true copies thereof enclosed in sealed envelopes addressed as follows:

Joseph M. Burton, Esq.
Daniel J. Herling, Esq.
Duane Morris LLP
100 Spear Street, Suite 1500
San Francisco, CA 94105

**[ X ] BY MAIL**

[ ] I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

[ X ] As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY OVERNIGHT COURIER** (courtesy copy) I caused each envelope with postage prepaid to be sent by Federal Express.

[ X ] **BY TELECOPIER** I caused to be transmitted the above-described document(s) from a facsimile transmission machine whose telephone number is (213) 624-0643 the following documents described above to whose facsimile transmission machine telephone number is (415) 371-2201. The above-described transmission was reported as complete without error by a transmission report issued by the facsimile transmission machine upon which the said transmission was made immediately following the transmission.

Executed on June 18, 2002, at Los Angeles, California.

[ ] (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

DRITA BRONKEY _____

08725/438453.3

PROOF OF SERVICE