UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

CIVIL MINUTES-GENERAL

CASE NO. CV 02-00322-NM(JWJx)          DATE: 7/11/02

TITLE: Mattel Inc. -v- Greiner & Hausser, Etc.

PRESENT:          HON. NORA M. MANELLA, JUDGE

Judith Hurley            N/A
Deputy Clerk            Court Reporter

ATTORNEY FOR PLAINTIFF          ATTORNEY FOR DEFENDANT
        N/A                              N/A

PROCEEDINGS: IN CHAMBERS

Counsel have previously been notified that the Court will issue a ruling on defendants' motion to dismiss without oral argument. The motion is taken off the 7/15/02 calendar. The matter stands submitted.

ENTER ON ICMS
JUL 1 2 2002

cc: Counsel                              Initials of Deputy Clerk
CIVIL MINUTES 11

