UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

___ Priority
_✓_ Send
_✓_ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

CASE NO. CV 02-00322-NM(JWJx)           DATE:  7/15/02

TITLE: Mattel Inc. -v- Greiner & Hausser, et al

PRESENT:          HON. NORA M. MANELLA, JUDGE

Judith Hurley            N/A
Deputy Clerk             Court Reporter

ATTORNEY FOR PLAINTIFF          ATTORNEY FOR DEFENDANT
N/A                             N/A

PROCEEDINGS: IN CHAMBERS

As the Court granted Defendants motion to dismiss July 15, 2002, Mattel's motion for reconsideration of the Court's May 20, 2002 order denying Mattel's motion for preliminary injunction, currently calendared for August 5, 2002, is vacated as moot.

ENTERED ON ICMS
JUL 16 2002

cc: Counsel
CIVIL MINUTES 11

Initials of Deputy Clerk