JUDGMENT

========================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

-------------

NO. 02-56272
CT/AG#: CV-02-00322-NMM

MATTEL, INC., a Delaware corporation

    Plaintiff - Appellant

  v.

GREINER AND HAUSSER GMBH, a German business entity; R.
HAUSSER, an individual; M.-L. HAUSSER, an individual; DOES 1
THRU 10, inclusive

    Defendants - Appellees



RECEIVED
CLERK, U.S. DISTRICT COURT

JAN 2 0 2004

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

----------------------

APPEAL FROM the United States District Court for the
Central District of California, Los Angeles.

THIS CAUSE came on to be heard on the Transcript of the
Record from the United States District Court for the Central
District of California, Los Angeles and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and
adjudged by this Court, that the judgment of the said District
Court in this cause be, and hereby is AFFIRMED IN PART; REVERSED
IN PART; VACATED IN PART; REMANDED.  Each party is to bear its
own costs on appeal.

Filed and entered December 22, 2003



DOCKETED ON CM

JAN 2 2 2004

BY _____ 029



A TRUE COPY
CATHY A. CATTERSON,
Clerk of Court
ATTEST

JAN 13 2004

by _____
Deputy Clerk