UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

___ Priority
___ Send
___ Clsd
___ Enter
___ JS-5/JS-6
___ JS-2/JS-3

CIVIL MINUTES-GENERAL

CASE NO. CV 02-00322-NM(JWJx)                DATE: 3/5/04

TITLE: Mattel, Inc. -v- Greiner & Hausser GMBH, et al

PRESENT:        HON. NORA M. MANELLA, JUDGE

ENTERED
CLERK, U.S. DISTRICT COURT
MAR - 8 2004
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Judith Hurley            N/A
Deputy Clerk             Court Reporter

ATTORNEY FOR PLAINTIFF        ATTORNEY FOR DEFENDANT

Michael Doyen                 Joseph Burton

PROCEEDINGS: Telephone Conference

Matter has been remanded.

The Court is informed that the German case has been concluded in Mattel's favor. No other actions are pending. Counsel agree that this matter probably will be resolved. No later than 4/9/04 counsel are to either file a joint status report or submit a stipulation & proposed order for dismissal.

DOCKETED ON CM
MAR - 8 2004
BY            013

cc: Counsel                                  Initials of Deputy Clerk
CIVIL MINUTES 11