1  QUINN EMANUEL LLP
    Adrian M. Pruetz (Bar No. 118215)
2   Michael T. Zeller (Bar No. 196417)
    Steven Vaughan (Bar No. 185208)
3  865 S. Figueroa St., Tenth Floor
   Los Angeles, California 90017
4  Telephone: (213) 624-7707
   Facsimile: (213) 624-0643
5
   MUNGER, TOLLES & OLSON LLP
6   Michael R. Doyen (State Bar No. 119687)
   355 South Grand Avenue, Thirty-Fifth Floor
7  Los Angeles, California 90071-1560
   Telephone: (213) 683-9100
8  Facsimile: (213) 687-3702
9  Attorneys for Plaintiff
   MATTEL, INC.
10
11              UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA
                     WESTERN DIVISION
13

14
15  MATTEL, INC., a Delaware       CASE NO. 02-00322 NM (JWJx)
    corporation,
16                                 **STIPULATION OF DISMISSAL OF**
              Plaintiff,           **ACTION WITHOUT PREJUDICE**
17
        vs.                        Judge:  Hon. Nora M. Manella
18                                 Crtrm:  11
    GREINER & HAUSSER GmbH, a               ✓ ORDER
19  German business entity; R. HAUSSER,
    an individual; M.-L HAUSSER, an
20  individual; and DOES 1 through 10,
    inclusive,
21
              Defendants.
22
23
24                     THIS CONSTITUTES NOTICE OF ENTRY
                       AS REQUIRED BY FRCP, RULE 77(d).
25
26
27
28

992979 1                                    STIPULATION OF DISMISSAL OF ACTION

[FILED stamp: CLERK, U.S. DISTRICT COURT, APR -7 2004, CENTRAL DISTRICT OF CALIFORNIA]
[RECEIVED BUT NOT FILED: APR -6 2004, CLERK U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION]
[ENTERED CLERK, U.S. DISTRICT COURT APR -8 2004 CENTRAL DISTRICT OF CALIFORNIA]

___ Priority
✓  Send
___ Clsd
✓  Enter
___ JS-5/JS-6
___ JS-2/JS-3

Plaintiff MATTEL, INC., by and through its counsel of record, Quinn Emanuel Urquhart Oliver & Hedges LLP and Munger, Tolles & Olson LLP, and defendants GREINER & HAUSSER GmbH, MR. ROLF HAUSSER, and MS. MARGARETHE LILLY HAUSSER, by and through their counsel of record, Duane Morris LLP, hereby stipulate as follows:

Whereas:

1. In the action filed in May 2001 in Germany by Greiner & Hausser GmbH against Mattel, Inc. ("the German Action"), judgment has been entered in favor of Mattel; said judgment is now final; there will be no further appeals or proceedings in the German Action;

2. The "supplemental liquidation" of Greiner & Hausser – commenced in May 2000 for the purpose of pursuing certain alleged claims of Greiner & Hausser – has been terminated, on the ground that the reasons for such supplemental liquidation no longer exist; (said termination has been officially ordered in August 2003 by the Local Court, Coburg, Germany, and recorded in the file at the Commercial Register, file no. HR B 106);

3. Ms. Hausser has resigned as supplemental liquidator of Greiner & Hausser; (such resignation has been officially recorded in the above referenced file at the Commercial Register);

4. Defendants' counsel has represented to plaintiff's counsel that, to its best knowledge and belief, no other claims or actions have been filed on behalf of defendants or their affiliates against plaintiff or its affiliates anywhere in the world and no such actions or claims are presently intended;

Now, therefore, the parties hereby stipulate that the instant action filed by Mattel against defendants Greiner & Hausser, Mr. Rolf Hausser and Ms. Margarethe Lilly Hausser in the Central District of California shall be and hereby is dismissed without prejudice.

IT IS SO ORDERED

Dated 4/7/04

United States District Judge

STIPULATION OF DISMISSAL OF ACTION

992979.1

NORA M. MANELLA

1
2  DATED: ~~March~~ April 5, 2004          MUNGER, TOLLES & OLSON LLP
3
4
5                                          By: _____
                                               MICHAEL R. DOYEN
6
                                           Attorneys for Plaintiff
7                                          Mattel, Inc.

8
9  DATED: ~~March~~ April 6, 2004          QUINN EMANUEL URQUHART
                                           OLIVER & HEDGES, LLP
10
11                                         By: _____
                                               STEVEN VAUGHAN
12
                                           Attorneys for Plaintiff
13                                         Mattel, Inc.

14
15 DATE: ~~March~~ april 2, 2004           DUANE MORRIS LLP
16
17                                         By: _____
                                               JOSEPH BURTON
18
                                           Attorneys for Defendants
19                                         Greiner & Hausser GmbH, Rolf Hausser
                                           and Margarethe Lilly Hausser
20
21
22
23
24 **IT IS SO ORDERED.**
25
26 DATED: _____
27                                         _____
                                           HON. NORA M. MANELLA
28                                         Judge of the U. S. District Court

992979.1                                   - 2 -    STIPULATION OF DISMISSAL OF ACTION

**PROOF OF SERVICE BY U.S. MAIL**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California 90071-1560.

On **April 6, 2004**, I served the foregoing document described as **STIPULATION OF DISMISSAL OF ACTION WITHOUT PREJUDICE** on the interested party in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Joseph Burton, Esq.
> Daniel J. Herling, Esq.
> **DUANE MORRIS LLP**
> 100 Market, Spear Tower, 20th Floor
> San Francisco, CA 94105-1104

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **April 6, 2004**, at Los Angeles, California.

_____
Julia A. Muhammad

998667 1